UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Ronald I. LeVine, Esq.
210 River Street, Suite 11
Hackensack, New Jersey 07601
Attorney for Debtors
RL9395

Order Filed on September 13, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

THERESA MARIE WOLF

Case No.:   16-19775RG

Chapter:   13

Judge:   Gambardella

CONSENT ORDER RESPECTING TREATMENT OF NEW JERSEY
DIVISION OF TAXATION'S CLAIMS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 13, 2016**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtor: THERESA MARIE WOLF
Case No. 16-19775RG
Caption of Order: CONSENT ORDER RESPECTING THE CLAIMS OF THE STATE OF NEW JESERSEY DIVISION OF TAXATION

**THIS MATTER** being opened to the Court by Debtor Theresa Marie Wolf, by and through her authorized counsel, Ronald I. LeVine, Esq., on agreement with the New Jersey Division of Taxation ("NJ Division"), and for good cause having been shown for the making and entry hereof;

**IT IS HEREBY ORDERED** that the Secured Proof of Claim of the NJ Division, filed as Claim No. 1-1 in the amount of $16,978.31 shall be paid in full through the Debtor's Chapter 13 Plan; and

**IT IS FURTHER ORDERED** that The Priority Proof of Claim of the NJ Division, filed as amended Claim No. 2-2 in the amount of $69,927.07 shall be paid in full through the Debtor's Chapter 13 Plan; and

**IT IS FURTHER ORDERED** that the General Unsecured Proof of Claim of the NJ Division filed as amended claim No. 3-2 in the amount of $10,897.52, consisting of TGI taxes of $1,598.88 for years 2010-2012 and $9,298.64 for costs for 2/2013 and 6/2013, shall be paid in full as to the costs of $9,298.64, with the remaining $1,598.88 being paid on a pro-rata basis along with the other general unsecured claims; and

**IT IS FURTHER ORDERED** that the parties hereby agree that the automatic stay shall remain in place as against all assets of the Debtor and the business Lyons Wolf Restaurant Group, LLC provided that the Debtor remains current on all payments through her Chapter 13 Plan, and provided both Debtor and the business Lyons Wolf Restaurant Group, LLC, remain current on all post-petition taxes that are required to be filed and paid by state law.

Notwithstanding anything in this plan to the contrary, the Bankruptcy Court shall not retain jurisdiction with respect to tax claims except for (i) resolving the amount any tax claims arising prior to confirmation, and (ii) enforcing the discharge provisions of the confirmed plan. A failure by Debtor or the business Lyons Wolf Restaurant Group, LLC to remain current on all payments and/or post-petition tax requirements shall be an event of default. If either Debtor or the business Lyons Wolf Restaurant Group LLC, fails to cure an event of default within 10 days after receipt of written notice of default from the NJ Division, then the NJ Division may (a) enforce the entire amount of its claim against Debtor and the business Lyons Wolf Restaurant Group, LLC immediately; (b) exercise any and all rights and remedies such tax claimant may have under applicable nonbankruptcy law; and/or (c) seek such relief as may be appropriate in this Court.

We consent to the form and entry hereof.

_____
Timothy Cole
State of New Jersey
Division of Taxation

_____
Robert A. Wachtel, Esq.
Attorney for Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-19775-RG
Theresa Marie Wolf                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1              Date Rcvd: Sep 14, 2016
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2016.
db              +Theresa Marie Wolf,    593 Wyckoff Avenue,    Mahwah, NJ 07430-3046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2016                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation, administrator for Honda Lease Trust mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Ronald I. LeVine    on behalf of Debtor Theresa Marie Wolf ronlevinelawfirm@gmail.com
                                                                                                   TOTAL: 4