UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Ronald I. LeVine, Esq.
210 River Street, Suite 11
Hackensack, NJ 07601
Attorney for Debtors
RL9395

In Re:

THERESA MARIE WOLF
　　　　　Debtor

FILED
JEANNE A. NAUGHTON, CLERK
APR 27 2017
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____DEPUTY

Case No. 16-19775RG

Chapter 13

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED.**

4-27-17

(Page 2)
Debtor: Theresa Marie Wolf
    Case No. 16-19775RG
Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basis Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Ronald I. LeVine, the applicant, is allowed a fee of $6355.00 for services rendered and expenses in the amount of $286.87 for a total of $6641.87. The allowance shall be payable:

- ■ through the Chapter 13 plan as an administrative priority.
- ☐ outside the plan.

ORDERED that the Debtors' Plan payment is adjusted to $4003.00 for the remaining 50 months.

ORDERED that if the Debtors do not complete their Chapter 13 due to dismissal, Marie-Ann Greenberg, Chapter 13 Trustee, will pay this Order to the Law Firm of Ronald I. LeVine before releasing any money to the Debtor.

The movant shall service this Order on the Trustee, Debtor and all parties of record.