UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Ronald I. LeVine, Esq.
210 River Street, Suite 11
Hackensack, NJ 07601
Attorney for Debtors
RL9395

In Re:

THERESA MARIE WOLF
      Debtor

**FILED**
JEANNE A. NAUGHTON, CLERK

APR 27 2017

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

Case No. 16-19775RG

Chapter 13

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby
**ORDERED.**

4-27-17  _____
              USBJ

(Page 2)
Debtor: Theresa Marie Wolf
        Case No. 16-19775RG
Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basis Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Ronald I. LeVine, the applicant, is allowed a fee of $6355.00 for services rendered and expenses in the amount of $286.87 for a total of $6641.87. The allowance shall be payable:

- ■ through the Chapter 13 plan as an administrative priority.
- ☐ outside the plan.

ORDERED that the Debtors' Plan payment is adjusted to $4003.00 for the remaining 50 months.

ORDERED that if the Debtors do not complete their Chapter 13 due to dismissal, Marie-Ann Greenberg, Chapter 13 Trustee, will pay this Order to the Law Firm of Ronald I. LeVine before releasing any money to the Debtor.

The movant shall service this Order on the Trustee, Debtor and all parties of record.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-19775-RG
Theresa Marie Wolf                                                              Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Apr 28, 2017
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2017.
db              +Theresa Marie Wolf,    593 Wyckoff Avenue,    Mahwah, NJ 07430-3046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   Lakeview Loan Servicing, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John R. Morton, Jr.   on behalf of Creditor   American Honda Finance Corporation, administrator
           for Honda Lease Trust mortonlaw.bcraig@verizon.net,
           tfitz@mortoncraig.com;mhazlett@mortoncraig.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
          Ronald I. LeVine   on behalf of Debtor Theresa Marie Wolf ronlevinelawfirm@gmail.com
                                                                                          TOTAL: 4