UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ronald I. LeVine
210 River St.
Hackensack, NJ 07601
201 489-7900

In Re:

Theresa Wolf

Case No.: __16-19775RG__

Judge: __Gambardella__

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☒ Certification of Default filed by __Cenlar FSB for Lakeview Loan__,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☒ Payments have been made in the amount of $ ____$3,549.91____, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes

repayment as follows (explain your answer):
I sent also a payment in March, my check number 2724 but that has not been cashed. if necessary I will put a stop order on that check and immediately replace it. Any oustanding balance including May's payment can be paid with the normal cure period of 6 months on top of my regular post petition payment.

☐ Other (explain your answer):

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: May 8, 2017

Date: 5/8/17

/s/Theresa Wolf
Debtor's Signature

*Theresa Wolf*
Debtor's Signature

NOTES:

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

Re: Theresa Wolf & John Lyons    2669

**LYONS WOLF RESTAURANT GROUP LLC**
350 RAMAPO VALLEY ROAD
OAKLAND, NJ 07436

3  323.09...

DATE 2/11/17    53-138/212

PAY TO THE ORDER OF  Cen/ar    $ 3549.91/00

Three thousand five hundred forty nine & 91/100 DOLLARS

Valley National Bank
OAKLAND OFFICE
350 RAMAPO VALLEY ROAD
OAKLAND, NEW JERSEY 07436

FOR Property of 593 Wyckoff Ave Mahwah    Theresa Wolf

⑂002669⑂ ⑆021201383⑆ ⑈0000413903 85⑈

PAY TO THE ORDER OF
Cenlar
WITHOUT RECOURSE
CENLAR FSB

Re: Theresa Wolf, John Lyons - 593 Walnut Ave

**LYONS WOLF RESTAURANT GROUP LLC**
350 RAMAPO VALLEY ROAD
OAKLAND, NJ 07436

2767

32309460    DATE 4/14/17    55-138/212

PAY TO THE ORDER OF: Cenlar FSB    $3549.91/00

Three thousand five hundred forty nine 91/00 DOLLARS

Valley National Bank
OAKLAND OFFICE
350 RAMAPO VALLEY ROAD
OAKLAND, NEW JERSEY 07436

FOR April 2016

/s/ Theresa Wolf

⑈002767⑈ ⑆021201383⑆ ⑈0000413903 85⑈

Melissa Hansker