Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 16−19775−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Theresa Marie Wolf
   593 Wyckoff Avenue
   Mahwah, NJ 07430

Social Security No.:
   xxx−xx−3942

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/21/17 at 10:00 AM

to consider and act upon the following:

*59* – Certification in Opposition to Certification of Default (related document:56 Creditor's Certification of Default (related document:44 Order (Generic)) filed by Denise E. Carlon on behalf of Lakeview Loan Servicing, LLC. Objection deadline is 05/9/2017. (Attachments: # 1 Exhibit A − Order Resolving Motion for Relief # 2 Exhibit B − Certification # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Lakeview Loan Servicing, LLC) filed by Ronald I. LeVine on behalf of Theresa Marie Wolf. (LeVine, Ronald)

Dated: 5/9/17

                                    Jeanne Naughton
                                    Clerk, U.S. Bankruptcy Court