Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.: 16−19775−RG
           Chapter: 13
           Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Theresa Marie Wolf
   593 Wyckoff Avenue
   Mahwah, NJ 07430

Social Security No.:
   xxx−xx−3942

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/11/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 12, 2017
JAN: rah

                                   Jeanne Naughton
                                   Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                               Case No. 16-19775-RG
Theresa Marie Wolf                                                   Chapter 13
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 2              Date Rcvd: Dec 12, 2017
                               Form ID: 148                 Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2017.
db             +Theresa Marie Wolf,    593 Wyckoff Avenue,    Mahwah, NJ 07430-3046
cr             +American Honda Finance Corporation, administrator,     P.O. Box 168088,    Irving, TX 75016-8088
516188276      +Cenlar Central Loan Administration,    POB 11733,    Newark, NJ 07101-4733
516188280       John Breggemann,    638 Hil-Ray Ave,    Wyckoff, NJ 07481
516188281      +John Lyons,   593 Wyckoff Avenue,    Mahwah, NJ 07430-3046
516188282      +Lakeview Loan Serivcing, LLC,    Attn: KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,
                 Collingswood, NJ 08108-2812
516405615      +Lakeview Loan Servicing, LLC,    Cenlar FSB,   425 Phillips BLVD,    Ewing, NJ 08618-1430
516188283      +Martha G. Lord d/b/a/ Lord Properties,    Attn: Brian E. Fowler,
                 84 E. Ridgewood Avenue, 2nd Fl,    Ridgewood, NJ 07450-3810
516205924     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Division of Taxation,    PO Box 245,
                 Trenton, NJ 08695-0245)
516188284      +State of NJ Division of Taxation,    22-08 Route 208 South,    Fair Lawn, NJ 07410-2609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 12 2017 23:20:44     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 12 2017 23:20:42     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516234758       EDI: HNDA.COM Dec 12 2017 23:03:00     American Honda Finance Corporation,    P.O BOX 168088,
                 Irving TX 75016-8088
516188279       EDI: HNDA.COM Dec 12 2017 23:03:00     Honda Financial Services,    POB 166469,
                 Irving, TX 75016
516188277      +EDI: CHASE.COM Dec 12 2017 23:03:00     Chase Card,   POB 15298,    Wilmington, DE 19850-5298
516188278      +EDI: CITICORP.COM Dec 12 2017 23:03:00     Citi Cards/Citibank,    POB 6241,
                 Sioux Falls, SD 57117-6241
516249938       EDI: WFFC.COM Dec 12 2017 23:03:00     Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,
                 P.O. Box 19657,    Irvine, CA 92623-9657
516188286      +EDI: WFFC.COM Dec 12 2017 23:03:00     Wells Fargo Bank, N.A.,    POB 1697,
                 Winterville, NC 28590-1697
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516188285*     +State of NJ Division of Taxation,    22-08 Route 208 South,    Fair Lawn, NJ 07410-2609
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation, administrator
               for Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Lakeview Loan Servicing, LLC rsolarz@kmllawgroup.com
              Robert Wachtel    on behalf of Debtor Theresa Marie Wolf rwachtel@ronlevinelaw.com
              Ronald I. LeVine    on behalf of Debtor Theresa Marie Wolf ronlevinelawfirm@gmail.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Dec 12, 2017
                              Form ID: 148             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                              TOTAL: 6