UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on December 11, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

    THERESA MARIE WOLF

Case No.:   16-19775 RG

Chapter:    13

# ORDER OF DISMISSAL

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 11, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): THERESA MARIE WOLFE

Case No.: 16-19775

Caption of Order: Order of Dismissal

Upon the Debtor's failure to comply with the order entered on 11/21/2017 and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

Pursuant to Fed. R. Bankr.P.2002(f), the Clerk shall notify all parties in interest of the entry of this order.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Theresa Marie Wolf  
      Debtor

Case No. 16-19775-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 12, 2017  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2017.  
db           +Theresa Marie Wolf,    593 Wyckoff Avenue,    Mahwah, NJ 07430-3046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2017        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2017 at the address(es) listed below:  
       Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation, administrator for Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Rebecca Ann Solarz    on behalf of Creditor    Lakeview Loan Servicing, LLC rsolarz@kmllawgroup.com  
       Robert Wachtel    on behalf of Debtor Theresa Marie Wolf rwachtel@ronlevinelaw.com  
       Ronald I. LeVine    on behalf of Debtor Theresa Marie Wolf ronlevinelawfirm@gmail.com  
       TOTAL: 6